**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

CLEVELAND WASHINGTON, )
)
     Plaintiff, )
)
     v. )     No. 4:24-cv-01213-NCC
)
COMMISSIONER UNKNOWN )
ABDULLA, et al., )
)
     Defendants. )

## CASE MANAGEMENT ORDER – TRACK 5: PRISONER CASE

Pursuant to the Civil Justice Reform Act Expense and Delay Reduction Plan and the Differentiated Case Management Program of the United States District Court of the Eastern District of Missouri,

**IT IS HEREBY ORDERED** that, the following schedule applies to this case, and will be modified only upon a showing of exceptional circumstances:

**Consent:** This case has been randomly assigned to a United States Magistrate Judge. Unless previously submitted, no later than **February 24, 2025**, each party <u>must</u> submit to the Clerk's Office the consent/option form either consenting to the jurisdiction of a United States Magistrate Judge or opting to have the case assigned to a United States District Judge.

### I.    SCHEDULING PLAN

1.    This case has been assigned to Track 5 - Prisoner.

2.    All motions for joinder of additional parties or amendment of pleadings must be filed no later than **February 24, 2025**.

3.      No later than **March 24, 2025**, each party must disclose to the other party the following:

(A)      Plaintiff must submit to the defendants a list, including addresses, of all persons having knowledge or information of the facts giving rise to plaintiff's claim.

(B)      Plaintiff must submit to the defendants all documents that plaintiff believes mention, relate to, or in any way support plaintiff's claim.

(C)      Defendants must submit to the plaintiff a list of the names and home or business addresses of all persons having knowledge or information of the facts giving rise to plaintiff's claim, subject to the following exception.  In the case of persons no longer employed by the relevant governmental or other entity, defense counsel may, in lieu of providing an address, state that the person may be contacted through defense counsel; defendants must provide home and business addresses for such persons to the United States Marshal on an ex parte basis, if requested by the Marshal or ordered by the Court.

(D)      Defendants must provide a description, by category and location, of all documents which are relevant to the facts giving rise to plaintiff's claim.  Defendants must, at their option, provide copies of the described documents to the plaintiff, or allow plaintiff to inspect the documents and obtain copies, with the following exceptions. Defendants need not produce individual files of other prisoners who are not parties to the action. Defendants may object to the disclosure of documents by serving written objections upon the plaintiff, in lieu of producing the documents to which the objections apply.

Failure to make the above disclosures may result in sanctions, including dismissal, entry of default judgment or any other sanction that the Court deems just.

4.      Following disclosure each party may engage in discovery under the Federal Rules of Civil Procedure but all discovery in this case must be completed by **July 24, 2025**. Parties must file motions to compel in a prompt manner and in no event after the discovery deadline.

5.      Defendants are granted leave of Court, pursuant to Rule 30(a), Fed.R.C.P., to take the deposition of plaintiff, upon reasonable notice.

6.      The Court will not entertain any motion to stay discovery or disclosure based upon the defense of qualified immunity unless such a motion is accompanied or preceded by a detailed brief setting forth the specific factual and legal reasons (with appropriate case citations) qualified immunity applies to this case.

7.      Any motion for summary judgment must be filed no later than **August 25, 2025**.  Opposition briefs must be filed no later than **September 25, 2025**, and any reply brief may be filed no later than **October 6, 2025**.  Failure to timely file a motion for summary judgment will waive a party's right to do so before trial.

This order specifically preempts any provision of local rule to the contrary.  It is anticipated that if a summary judgment motion is filed, the case will not be set for trial until after the motion has been ruled upon.  If no motion for summary judgment is filed by the date set above, the case will be set for trial forthwith.

Dated this 7th day of February, 2025.

_____
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE