RECEIVED

OCT 27 2025

BY MAIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CLEVELAND WASHINGTON,                    )
                                         )
            Plaintiff,                   )
                                         )
v.                                       )        Case No.  4:24-CV-1213-NCC
                                         )
COMMISSIONER UNKNOWN                     )
ABDULLA and OFFICER UNKOWN               )
JARDEN,                                  )
                                         )
            Defendant.                   )

## ORDER

Before the Court is Defendants' Notice of Plaintiff's Failure to Oppose Defendants' Motion for Summary Judgment and Request for Ruling (Doc. 29). On August 22, 2025, Defendants filed a Motion for Summary Judgment (Doc. 24), Memorandum in Support (Doc. 25), and Statement of Uncontroverted Material Facts (Doc. 26). Defendants argue that any deprivations Plaintiff underwent do not rise to the level of an Eighth Amendment violation, that Defendants are entitled to qualified immunity, and Plaintiff has failed to exhaust his administrative remedies. Plaintiff has not responded and the time to do so has elapsed. *See* Doc. 11 ("Any motion for summary judgment must be filed no later than August 25, 2025. Opposition briefs must be filed no later than September 25, 2025, and any reply brief may be filed no later than October 6, 2025. Failure to timely file a motion for summary judgment will waive a party's right to do so before trial.") ("Case Management Order").

On October 6, 2025, Defendants filed a Notice of Plaintiff's Failure to Oppose Defendants' Motion for Summary Judgment and Request for Ruling (Doc. 29). They argue that (i) under the current Case Management Order, Plaintiff has waived his right to file an opposition brief to Defendants' motion for summary judgment and his right to file a motion for summary

judgment, and (i) the Court may consider their assertion of fact as undisputed under Federal Rule of Civil Procedure 56(e), and may grant summary judgment if the motion and supporting materials show that they are entitled to it.  Defendants request that the Court consider their motion for summary judgment as unopposed, deem their statement of material fact admitted, and enter judgment in their favor.

The Court will order Plaintiff to file a Memorandum in Opposition to Defendants' Motion for Summary Judgment and a Response to Statement of Material Facts.  The Response to Statement of Material Facts must comply with Local Rule 4.01(E):

> Every memorandum in opposition must be accompanied by a document titled Response to Statement of Material Facts, which must be separately filed using the filing event "Response to Statement of Material Facts." The Response must set forth each relevant fact as to which the party contends a genuine issue exists. The facts in dispute shall be set forth with specific citation(s) to the record, where available, upon which the opposing party relies. The opposing party also shall note for all disputed facts the paragraph number from the moving party's Statement of Uncontroverted Material Facts. All matters set forth in the moving party's Statement of Uncontroverted Material Facts shall be deemed admitted for purposes of summary judgment unless specifically controverted by the opposing party.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall file a Memorandum in Opposition to Defendants' Motion for Summary Judgment and a Response to Statement of Material Facts within twenty-one (21) days of the date of this Order.  Failure to do so may result in the Court granting Defendants' unopposed Motion.

Dated this 15th day of October, 2025.

_/s/ Noelle C. Collins_
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE

2

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
*Eastern District of Missouri*
*111 S. Tenth Street*
*St. Louis, Missouri 63102*

OFFICIAL BUSINESS

RECEIVED

OCT 2 0 2025

ERDCC MAILROOM


RETURN TO SENDER

REASON CHECKED

Need Name
Need DOC No.
Need Correct Name & DOC No.
Use Money Order Form

**Special Mail**
USDC - Eastern Missouri

Dept of Corrections

**RECEIVED**

OCT 2 7 2025

**BY MAIL**

Cleveland Washington #1400907

Correctional Cent

quadient

FIRST-CLASS MAIL
IMI
**$000.74** 0
10/16/2025 ZIP 63102
043M31226064

US POSTAGE

NIXIE          631   DC 1          0010/23/25

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

UTF     BC: 63102112599     *0216-01183-16-39