NOV 17 2025

**BY MAIL**

United States District Court.
Eastern District of Missouri
Eastern Division

Cleveland Washington
   Plaintiff,

v.

Commissioner ABDULA
and Officer JARDEN

Case No. 4:24-CV-1213-NCC

Memorandum, Motion Summary Judgment and Statement of material facts (Extension Request)

   Comes now Plaintiff, Cleveland V Washington, im currently in segregation and I recieved my legal Mail two weeks late (November 6). Im in the hole and dont have real access ~~that to~~ to the real law library or access to my legal work. You can contact the records office to verify. Im Reqesting a 30 day Extension.
   Dated this 7th day of November, 2025

                  Respectfully,
                  Cleveland V. Washington

leveland V Washington #1400907

'0 East Pedro Simmons Drive

rleston, MO

3834

correspondence is from an inmate in the custody of
Missouri Department of Corrections. The Department
is not responsible for the content of this correspondence.
For information about the Department or to verify
information about the offender, please visit our website at
www.doc.mo.gov.

**RECEIVED**

NOV 17 2025

**BY MAIL**

SAINT LOUIS MO   630

Mailed out SECC   NOV 12 2025   13 NOV 2025   PM 5   L
Mailroom



Office Of the Clerk

United States District Court

Eastern District Of Missouri

111 S. tenth Street

St. Louis, Missouri, 63102

63102-112325